UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN MARSHALL,

    Plaintiff,

v.                                         Case No:  2:20-cv-471-JLB-NPM

SWISSPORT FUELING, INC.,

    Defendant.
_____

## ORDER

The parties have filed a Joint Stipulation for Dismissal with Prejudice.  (Doc. 18.)  The stipulation is self-executing.  Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on June 11, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE